# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, JR.<br><br>         Plaintiff(s),<br><br>         v.<br><br>NLP, LLC, et al.<br><br>         Defendant(s). | Case No.<br>2:24−cv−06403−CV−SK<br><br>**REASSIGNMENT ORDER** |

Pursuant to the Order of the Chief Judge, this case has been reassigned to the calendar of the Honorable Cynthia Valenzuela. IT IS FURTHER ORDERED as follows:

1. All future filings shall bear the initials CV immediately after the case number.

2. All subsequent hearings shall be held in Courtroom 5D on the 5th Floor of the United States Courthouse, 350 West First Street, Los Angeles, California.

3. All counsel shall familiarize themselves with the Federal Rules of Civil Procedure, the Local Rules of the Central District of California, and all applicable

standing orders.[1] "Counsel," as used in this order, includes parties appearing *pro se* (without an attorney).

4. This Court does not exempt parties appearing *pro se* from compliance with any of the Local Rules, including Local Rules 16 and 7-3.

5. All matters previously referred to a magistrate judge shall remain before that magistrate judge.

6. Case previously referred to an Alternative Dispute Resolution ("ADR") process shall proceed under the terms of the applicable ADR local rules. Dates for previously scheduled ADR conferences shall remain in effect.

7. All discovery cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.

8. Except for matters noticed before a magistrate judge, all currently pending law and motion hearing dates are **vacated**. However, the opposition and reply deadlines will remain based on the previously noticed hearing date or scheduling order. Unless otherwise ordered, the motion will be taken under submission without oral argument when briefing is complete.

9. All previously calendared Rule 16(b) Scheduling Conferences are **vacated**. However, the deadline to file the parties' Joint Report pursuant to Federal Rule of Civil Procedure 26(f) will remain based on the previously calendared scheduling conference. In addition, the parties may file a joint statement no later than seven (7) days from the date of this Order or with their Rule 26 Joint Report, whichever is earlier, stating (a) whether any party would like the Court to hold a telephonic scheduling conference hearing; and (b) if so, what issues they seek to have resolved at the hearing. If the parties do not file a joint statement requesting a

---

[1] The Local Rules are available on the Central District of California website at https://www.cacd.uscourts.gov and Judge Valenzuela's standing order is available at http://www.cacd.uscourts.gov/honorable-cynthia-valenzuela.

2

conference, the Court will likely issue a scheduling order without a conference.

10. All pretrial conferences and trial dates currently set for dates earlier than September 8, 2025, are **vacated.**

11. All pretrial conferences and trial dates currently set for September 8, 2025, or thereafter, as well as other deadlines associated with the case, shall remain in effect.

12. The parties shall file a Joint Case Management Statement **within fourteen (14) days of the date of this Order**. Separate statements are appropriate if any party is proceeding without counsel. The statement should not exceed 10 pages in length, should not contain attachments, and should address the following items in the following order:

    a.    The date the case was filed;

    b.    A list identifying or describing each party;

    c.    A brief summary of all claims, counter-claims, cross-claims, or third-party claims;

    d.    A brief description of the events underlying the action;

    e.    A description of the relief sought and the damages claimed with an explanation of how damages have been (or will be) computed;

    f.    The status of discovery, including any significant discovery management issues, as well the applicable cut-off dates;

    g.    A procedural history of the case, including any previous motions that were decided or submitted, any ADR proceedings or settlement conferences that have been scheduled or concluded, and any appellate proceedings that are pending or concluded;

    h.    A description of any other deadlines in place; before reassignment;

    i.    Whether the parties will consent to a magistrate judge for trial;

    j.    A statement from each parties' counsel indicating they have

(1) discussed the magistrate judge consent program with their respective client(s), and (2) met and conferred to discuss the consent program and selection of a magistrate judge; and

      k.      Whether there is an immediate need for a scheduling conference and, if so, why the parties believe such a need exists.

**IT IS SO ORDERED.**

Dated: February 6, 2025

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

4