Joshua B. Swigart (SBN 225557)
*josh@swigartlawgroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Suite 308
San Diego, CA  92108
Tel: (866) 219-3343; Fax: (866) 219-8344

Ben Travis (SBN 305641)
*ben@bentravislaw.com*
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Phone: (619) 353-7966

Attorneys for Plaintiff Daniel Lopez Jr. and the putative class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ JR., an individual, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NLP, LLC, and NALS APARTMENT HOMES, LLC,<br><br>Defendants. | Case No.  2:24-cv-06403 CV (SKx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Cynthia Valenzuela<br><br>Date:   April 4, 2025<br><br>Time:  1:30 PM<br><br>Location:   Courtroom 5D |

**PLEASE TAKE NOTICE** that on **April 4, 2025, at 1:30 PM**, or as soon thereafter as the matter may be heard, at the United States District Court, Central District of California located at 350 W. 1st Street, Los Angeles California, 90012, before the Honorable Cynthia Valenzuela in Courtroom 5D, Plaintiff Daniel Lopez Jr. ("Plaintiff") will and hereby does move for an order granting preliminary approval of a class action Settlement reached with Defendants NLP, LLC and NALS APARTMENT HOMES, LLC.

This notice and motion is made pursuant to Federal Rule of Civil Procedure 23(e) and on the grounds that the proposed Settlement is fair, reasonable and adequate and in the best interests of the class. The motion is unopposed by Defendants.

This motion is based upon this notice and motion; the Memorandum of Points and Authorities submitted herewith; the Declarations of Ben Travis, Joshua Swigart and Steven Weisbrot and any attached exhibits thereto; the other records and pleadings filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

DATED: March 3, 2025			**BEN TRAVIS LAW, APC**

					/s/ Ben Travis
					Ben Travis
					Attorneys for Plaintiff

DATED: March 3, 2025			**SWIGART LAW GROUP, APC**

					/s/ Joshua B. Swigart
					Joshua B. Swigart
					Attorneys for Plaintiff

1

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1
2   Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I certify that all other
3   signatories listed, and on whose behalf this filing is submitted, concur in this
4   filing's content and have authorized its filing.
5
6   DATED: March 3, 2025          **BEN TRAVIS LAW, APC**
7
8                                 /s/ Ben Travis
                                  Ben Travis
9                                 Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                        2
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT