Joshua B. Swigart (SBN 225557)
*josh@swigartlawgroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Suite 308
San Diego, CA  92108
Tel: (866) 219-3343; Fax: (866) 219-8344

Ben Travis (SBN 305641)
*ben@bentravislaw.com*
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Phone: (619) 353-7966

Attorneys for Plaintiff Daniel Lopez Jr. and the putative class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ JR., an individual, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NLP, LLC, and NALS APARTMENT HOMES, LLC,<br><br>Defendants. | Case No.  2:24-cv-06403 CV (SKx)<br><br>**NOTICE OF MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Cynthia Valenzuela<br><br>Date:   July 11, 2025<br><br>Time:  1:30 PM<br><br>Location:   Courtroom 5D |

**PLEASE TAKE NOTICE** that on **July 11, 2025, at 1:30 PM**, or as soon thereafter as the matter may be heard, at the United States District Court, Central District of California located at 350 W. 1st Street, Los Angeles California, 90012, before the Honorable Cynthia Valenzuela in Courtroom 5D, Plaintiff Daniel Lopez Jr. ("Plaintiff") will and hereby does move for an order granting preliminary approval of a class action Settlement reached with Defendants NLP, LLC and NALS APARTMENT HOMES, LLC.

This notice and motion is made pursuant to Federal Rule of Civil Procedure 23(e) and on the grounds that the proposed Settlement is fair, reasonable and adequate and in the best interests of the class. The motion is unopposed by Defendants.

This motion is based upon this notice and motion; the Memorandum of Points and Authorities submitted herewith; the Declarations of Ben Travis, Joshua Swigart and Steven Weisbrot and any attached exhibits thereto; the other records and pleadings filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

| | |
|---|---|
| DATED: June 6, 2025 | **BEN TRAVIS LAW, APC** |
| | /s/ Ben Travis |
| | Ben Travis |
| | Attorneys for Plaintiff |
| DATED: June 6, 2025 | **SWIGART LAW GROUP, APC** |
| | /s/ Joshua B. Swigart |
| | Joshua B. Swigart |
| | Attorneys for Plaintiff |

1

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: June 6, 2025          **BEN TRAVIS LAW, APC**

/s/ Ben Travis
Ben Travis
Attorneys for Plaintiff