1  Joshua B. Swigart (SBN 225557)
2  *josh@swigartlawgroup.com*
   **SWIGART LAW GROUP, APC**
3  2221 Camino Del Rio S., Suite 308
4  San Diego, CA  92108
   Tel: (866) 219-3343; Fax: (866) 219-8344
5

6  Ben Travis (SBN 305641)
   *ben@bentravislaw.com*
7  **BEN TRAVIS LAW, APC**
8  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
9  Phone: (619) 353-7966

10
   Attorneys for Plaintiff Daniel Lopez Jr.
11 and the putative class

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14 | DANIEL LOPEZ JR., an individual, on | Case No.  2:24-cv-06403 CV (SKx) |
15 | behalf of himself and all others similarly situated | |
16 | | **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
17 |             Plaintiff, | |
18 |     v. | |
19 | | Judge: Hon. Cynthia Valenzuela |
20 | NLP, LLC, and NALS APARTMENT HOMES, LLC, | Date:   May 15, 2026 |
21 |             Defendants. | Time:   1:30 PM |
22 | | Location:   Courtroom 10B |
23

24
25
26
27
28

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on **May 15, 2026, at 1:30 PM**, or as soon thereafter as the matter may be heard, at the United States District Court, Central District of California located at 350 W. 1st Street, Los Angeles California, 90012, before the Honorable Cynthia Valenzuela in Courtroom 10B, Plaintiff Daniel Lopez Jr. ("Plaintiff") will and hereby does move for an order granting final approval of a class action Settlement reached with Defendants NLP, LLC and NALS APARTMENT HOMES, LLC.

This notice and motion is made pursuant to Federal Rule of Civil Procedure 23(e) and on the grounds that the proposed Settlement is fair, reasonable and adequate and in the best interests of the class. The motion is unopposed by Defendants.

This motion is based upon this notice and motion; the Memorandum of Points and Authorities submitted herewith; the Declarations of Ben Travis, Joshua Swigart Steven Weisbrot and W. Bradley Thomas and any attached exhibits thereto; any supplemental declarations submitted prior to the hearing; the other records and pleadings filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this motion.

DATED: February 2, 2026         **BEN TRAVIS LAW, APC**

                                /s/ Ben Travis
                                Ben Travis
                                Attorneys for Plaintiff


DATED: February 2, 2026         **SWIGART LAW GROUP, APC**

                                /s/ Joshua B. Swigart
                                Joshua B. Swigart
                                Attorneys for Plaintiff

1

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: February 2, 2026          **BEN TRAVIS LAW, APC**


<u>/s/ Ben Travis</u>
Ben Travis
Attorneys for Plaintiff